NUMBER 13-05-437-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

HOLT RENTAL SERVICES, LTD.,                                 Appellant,

 

                                           v.

 

HENRY
J. SPILLMAN, JR., ET AL.,                             Appellees.

___________________________________________________________________

 

                 On appeal from the 200th  District Court

                            of Travis
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

     Before Chief Justice Valdez and
Justices Rodriguez and Garza

Memorandum
Opinion Per Curiam

 

Appellant, HOLT
RENTAL SERVICES, LTD., perfected an appeal from a judgment entered by the 200th District Court of Travis County, Texas, in
cause number GN304137.  After the record was filed, appellant filed a
motion to dismiss the appeal.  Appellant
requests that this Court dismiss the appeal.








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 20th day of July, 2006.